**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eugene MANSFIELD, Defendant— Appellant.**

No. 10–7304.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 2, 2011.

Eugene Mansfield, Appellant Pro Se. John W. Stone, Jr., Acting United States Attorney, Greensboro, North Carolina; Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Mansfield appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find that the district court did not abuse its discretion in denying the motion. *United States v. Goines*, 357 F.3d 469, 478 (4th Cir.2004); *United States v. Legree*, 205 F.3d 724, 727 (4th Cir.2000). Therefore, we affirm the district court's order for the reasons stated there. *See United States v. Mansfield*, No. 6:94–cr–00227–1 (M.D.N.C. Aug. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*